IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00358-WYD-KLM

MOHANEE JONES,

    Plaintiff,

v.

DAVID'S BRIDAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order as to Dispositive Motion Deadline** [Docket No. 12; Filed November 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on April 25, 2011 [#10] is amended to extend the following deadline:

- Dispositive Motions Deadline          **December 8, 2011**

Dated: November 21, 2011